1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                    **CENTRAL DISTRICT OF CALIFORNIA**

10

11

12   CARLO A. CARRION,              )      No. CV 13-507-VAP(CW)
                                     )
13                   Plaintiff,      )      ORDER ACCEPTING REPORT AND
                                     )      AND RECOMMENDATION OF
14            v.                     )      UNITED STATES
                                     )      MAGISTRATE JUDGE
15   LOS ANGELES COUNTY SHERIFF'S    )
     DEP'T, et al.,                  )
16                                   )
                     Defendants.     )
17   _____ )

18

19

20        Pursuant to 28 U.S.C. § 636, the court has reviewed the record

21   and the Report and Recommendation of the United States Magistrate

22   Judge.  No written objections to the Report have been received.  The

23   Court accepts the findings and recommendation of the Magistrate Judge.

24        **IT IS THEREFORE ORDERED**: (1) that Plaintiff's Second Amended

25   Complaint be dismissed without leave to amend; (2) that Plaintiff's

26   claim of excessive force in arrest be dismissed, with prejudice, as

27   time-barred; (3) that, in all other respects, Plaintiff's action be

28   dismissed for failure to prosecute and on grounds discussed in the

                                     1

1 | Memorandum and Order filed March 27, 2013 (docket no. 15); and (4)
2 | that judgment be entered accordingly..
3 |
4 | DATED:   June 20, 2013
5 |
6 |                                           VIRGINIA A. PHILLIPS
  |                                     United States District Judge
7 |
8 |
9 |
10 |
11 |
12 |
13 |
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |