**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| CARLO A. CARRION, | ) | No. CV 13-507-VAP(CW) |
|        Plaintiff, | ) | JUDGMENT |
|     v. | ) | |
| LOS ANGELES COUNTY SHERIFF'S DEP'T, et al., | ) | |
|        Defendants. | ) | |

**IT IS ADJUDGED** that Plaintiff's claim of excessive force in arrest be dismissed, with prejudice, as time-barred, and that, in all other respects, Plaintiff's action is dismissed for failure to prosecute.

DATED: June 20, 2013

                                              VIRGINIA A. PHILLIPS
                                         United States District Judge